# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS LOPEZ DE LOS SANTOS,

        Petitioner,

    v.

WARDEN, et al.,

        Respondents.

No. 2:26-cv-01104 JLT EPG (HC)

A-Number: 221-437-775

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' MOTION TO DISMISS, DIRECTING RESPONDENTS TO PROVIDE A SUBSTANTIVE BOND HEARING, AND DIRECTING CLERK OF COURT TO CLOSE CASE

(Docs. 1, 6, 7)

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 21, 2026, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted on Count One, Respondents' motion to dismiss be denied, and Respondents be directed to provide Petitioner with a bond hearing. (Doc. 7.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) On May 5, 2026, Respondents filed timely objections. (Doc. 9.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1

1. The findings and recommendations issued on April 21, 2026 (Doc. 7) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **GRANTED** on Count One.

3. Respondent's motion to dismiss (Doc. 6) is **DENIED**.

4. Respondents are **ORDERED** to provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) **within 14 days of the date of this Order**, in which the parties will be allowed to present evidence and argument about whether Petitioners are a danger to the community and present a flight risk if not detained.

5. If Respondents fail to provide a timely bond hearing in accordance with this order, Respondents are ordered to immediately release Petitioner.

6. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2